MICHAEL BAILEY
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 20-8748 |
| v. | NOTICE OF HEARING |
| Kiano Taliafero Williams, | VIDEO DEPOSITION |
| Defendant. | |

PLEASE TAKE NOTICE that the video depositions of Rodrigo Sotelo-Delgado, Javier Garcia-Rossete, Porfirio Garcia-Rossete, Javier Solis-Ceron, Alcadio Velasquez-Fonseca, and Elizabeth Gomez-Garcia, are currently scheduled for all-day on Monday, June 29, 2020, AND all-day on Tuesday, June 30, 2020, starting at 8:30 a.m., in Suite 4700, Grand Jury Room, 4th Floor of the United States District Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

DATED June 4, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/*
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means dated, June 4, 2020 to:

HSI – Cole Kynaston
U.S. Marshal's Service
Ref. Mag. Judge -