**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** D Thomas Ferraro | **Date:** June 4, 2020 |
| **USA v. Kiano Taliafero Williams** | **Case Number:** 20-08748MJ-001 |

**U.S. Attorney:** Heather Sechrist (duty)
**Interpreter:** Sandra Bravo   **Language:** Spanish
**Material Witness(es)**
1 - Rodrigo Sotelo-Delgado (HOSPITALIZED);  2 - Javier Garcia-Rossete;  3 - Porfirio Garcia-Rossete;  4 - Javier Solis-Ceron;  5 - Alcadio Velasquez-Fonseca;  6 - Elizabeth Gomez-Garcia
**Material Witness(es) state true name(s) to be**
1 - SAME;  2 - SAME;  3 - SAME;  4 - SAME;  5 - SAME;  6 - SAME
**Material Witness(es):**   ☒ **Present**
                           ☒ **Custody**

## INITIAL APPEARANCE – MATERIAL WITNESS(ES)

☒ Complaint Filed           **Date of Arrest:  June 2, 2020**
☐ Warrant Other District     ☐ Financial Affidavit taken     ☐ NO Financial Affidavit taken
☐ Counsel waives reading of the Complaint/Indictment
☒ An Attorney is appointed to represent the material witness(es).
☒ Upon questioning of the alleged material witness(es), the Court finds that they are not citizens of the United States.
☒ Material Witness(es) shall be temporarily detained in the custody of the United States Marshal pursuant to   ☒  18§ 3142(f)      ☐  18§ 3142(d)

   IT IS ORDERED: **within 48 hours of this Order***, that the United States Attorney shall schedule a date and time **within 30 days of this Order** for videotaping of the material witnesses and shall file **within 48 hours of this Order*** notice of the date and time of said taping and the name of each material witness to be videotaped. *IN THE CASE OF A JUVENILE MATERIAL WITNESS, **WITHIN 24 HOURS OF THIS ORDER**.

   IT IS ORDERED that counsel raising **objections** during the video depositions must (1) note the time and place on the videotape wherein the objection arose, (2) raise the objection before the district court in a short pleading filed no later than the deadline for the filing of Motions in the matter, (3) be prepared to roll the videotape at the exact point of any/all objections at the Motions hearing.
 Video Deposition is tentatively set for all day on Monday, June 29, 2020 and all day on Tuesday, June 30, 2020 starting at 8:30 A.M. in the Grand Jury Room.
 Margarita Bernal (CJA) is appointed counsel for material witnesses.

**Recorded By** Courtsmart
**Deputy Clerk** Rose Chavez

**IA/Mat Wit: 8 min**
**Start:  1:14 PM**
**Stop:   1:22 PM**