MICHAEL BAILEY
United States Attorney
District of Arizona
FRED A. COCIO
Assistant U.S. Attorney
State Bar No.: 019428
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: fred.cocio@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    vs.<br><br>Kiano Taliafero Williams,<br><br>        Defendant. | 20-mj-08748-N/A-DTF<br><br>MOTION FOR STATUS CONFERENCE/<br>POTENTIAL CHANGE OF PLEA |

The United States of America, by and through its attorneys undersigned, respectfully requests that the Court set a status conference in this matter two days prior to the Video Deposition currently scheduled for June 29, 2020, for the following reasons.

The plea offer extended in this case requires that a change of plea hearing be conducted two days before the Video Deposition. As such, the government requests a status conference two days prior to the Video Deposition in order to: (1) confirm that the Video Deposition will proceed on the currently scheduled date and that the defense will not be seeking a continuance of the Video Deposition, (2) resolve any outstanding discovery disputes and/or potential evidentiary issues that could arise at the Video Deposition, and (3) make a record that the defendants have been advised of the

//
//
//

[pre-indictment] plea offer in this case and has rejected that plea offer; or, alternatively, conduct a change a plea hearing if the defendants decide to accept the government's plea offer.

Respectfully submitted this 8th day of June, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Fred A. Cocio*
FRED A. COCIO
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 8th day of June, 2020 to:

All ECF Participants
Juliana Long Ore-Giron, Esq.
Margarita S. Bernal, Esq.